IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANISHA SCOTT,

    Plaintiff,

v.

MICHAEL C. ASTRUE, Commissioner of Social Security,

    Defendant.

No. C 12-01835 JSW

**ORDER DIRECTING DEFENDANT TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

    In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). On December 12, 2012, the Court received Plaintiff's consent to proceed before a magistrate judge. Accordingly, Defendant is hereby DIRECTED to advise the Court, no later than December 28, 2012, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

    **IT IS SO ORDERED.**

Dated: December 14, 2012

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.