IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANISHA SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL C. ASTRUE, Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. C 12-01835 JSW<br><br>**ORDER DIRECTING DEFENDANT TO INFORM COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). On December 12, 2012, the Court received Plaintiff's consent to proceed before a magistrate judge. Accordingly, Defendant is hereby DIRECTED to advise the Court, no later than December 28, 2012, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: December 14, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.