**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANISHA SCOTT,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 12-01835 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: January 8, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk

Case3:12-cv-01835-JSW Document19 Filed01/08/13 Page2 of 2