1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    DANISHA SCOTT,
10              Plaintiff,                    No.  C 12-01835 JSW
11        v.                                  **ORDER OF REFERRAL TO**
                                              **MAGISTRATE JUDGE FOR ALL**
12   MICHAEL J. ASTRUE,                       **PURPOSES**
13              Defendant.
                                        /
14
15        Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this
16   matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further
17   proceedings.
18        **IT IS SO ORDERED.**
19
20   Dated:  January 8, 2013                  _____
21                                            JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE
22
23
24   cc: Magistrate Judge Referral Clerk
25
26
27
28

**United States District Court**
For the Northern District of California