UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DANISHA SCOTT, | No. C 12-01835 LB |
| Plaintiff, | **JUDGMENT** |
| v. | **[Re: ECF No. 25]** |
| MICHAEL J ASTRUE, | |
| Defendant. | |

On June 26, 2013, the court granted in part Plaintiff's motion for summary judgment, denied Defendant's cross-motion for summary judgment, and remanded the action to the Social Security Administration. Summary Judgment Order, ECF No. 25. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Plaintiff and against Defendant. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: June 26, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-1835
JUDGMENT